UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA., | 2:11-CR-00216-PMP-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| BRYAN J. EGAN, | |
| Defendant. | |

On January 21, 2014, Defendant Bryan Egan filed a letter (Doc. #37) which in essence constitutes a motion that his restitution obligations be suspended pending his receipt of a hard copy of all discovery allowing him to demonstrate that the current order of restitution is in error.

**IT IS ORDERED** that counsel for Plaintiff United States shall have to and including **February 18, 2014** within which to file a Response to the relief requested in Defendant Egan's letter (Doc. #37).

DATED: January 28, 2014.

PHILIP M. PRO
United States District Judge