UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA., <br> Plaintiff, <br> vs. <br> BRYAN J. EGAN, <br> Defendant. | 2:11-CR-00216-PMP-VCF <br><br> **ORDER** |

Having read and considered Defendant Egan's Letter/Motion for Production of Discovery (Doc. #37), and the Government's Opposition thereto (Doc. #39), and good cause appearing,

**IT IS ORDERED** that Defendant Egan's Letter/Motion for Production of Discovery (Doc. #37) is DENIED.

DATED: February 19, 2014.

PHILIP M. PRO
United States District Judge